


**NORRIS LAW GROUP, P.C.**

One Liberty Plaza
165 Broadway, 23rd Floor
New York, NY 10006
(646) 759-3643 (voice)

MATTHEW J. NORRIS*
mjnorris@norrislglaw.com

*ALSO ADMITTED IN: CA, PA, NJ, & NC

July 28, 2021

> The initial pre-trial conference is hereby ADJOURNED to October 8, 2021, at 3:00 p.m.
> SO ORDERED.

**VIA ECF ONLY**
The Hon. Alison J. Nathan, United States District Judge
United States District Court, Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007



Re:   Olsen v. Maiden Home, Inc.
      Case No. 1:21-cv-02842-AJN (S.D.N.Y.)

Dear Judge Nathan:

This firm is counsel for Maiden Home, Inc., defendant in the captioned matter. With the approval of counsel for Plaintiff and consent of the Plaintiff and therefore all parties, we respectfully request via this letter-motion on behalf of all parties to this action that the Initial Pretrial Conference set for August 6, 2021 at 3:00 p.m. (Dkt. 6) (and the accompanying requirement of filing a joint case management plan seven days in advance) be adjourned and rescheduled.

The parties are currently actively discussing resolution of the matter, and thus believe that the resources of the Court and the parties would be unduly consumed if the IPTC were to proceed as scheduled. Instead, we request that the conference be rescheduled for any of the following three alternative dates: September 24, October 1, or October 8, 2021, providing the parties enough time to discuss and possibly complete resolution. This is the first request for adjournment of the IPTC and

The Hon. Alison Nathan, United States District Judge                                July 28, 2021
Page 2 of 2

is timely made per your Honor's Individual Practices, and if granted, this adjournment will not affect any other case deadlines.

    Thank you very much for your consideration of this request.

    Respectfully Submitted,

    NORRIS LAW GROUP, P.C., BY:

    /s/ Matthew J. Norris (MN-9929)
    Matthew J. Norris

MJN/st
cc:    Douglas B. Lipsky, counsel for Plaintiff (via ECF)