

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/1/2021
```

Douglas B. Lipsky

420 Lexington Avenue, Suite 1830
New York, New York 10170
Main: 212.392.4772
Direct: 212.444.1024
Fax: 212.444.1030
doug@lipskylowe.com

www.lipskylowe.com

September 30, 2021

VIA ECF
The Honorable Alison J. Nathan, U.S.D.J.
U.S. District Court for the Southern District of New York
40 Foley Square
New York, New York 10007

> The Court hereby ADJOURNS the initial pretrial conference sine die. If no settlement is reached by November 1, 2021, the parties are ORDERED to submit a proposed case management plan in accordance with Dkt. No. 13. SO ORDERED.

Re:   Olsen v. Maiden Home, Inc., 1:21-cv-2842 (AJN)

Dear Judge Nathan:

*[Judge's signature]*
10/1/2021
SO ORDERED.
ALISON J. NATHAN, U.S.D.J.

This firm represents Plaintiff Thomas J. Olsen in this website accessibility action under the Americans with Disabilities Act. We respectfully request, on behalf of the parties, that the October 8, 2021 Initial Pretrial Conference and the corresponding deadline to submit the proposed case management plan be adjourned.

We submit this request because the parties are presently discussing a resolution, and adjourning the conference and submission deadline will conserve the Court's and the parties' resources. Provided the Court grants this request, the parties respectfully request the conference be adjourned until December as Defense Counsel has a trial in November that will consume the majority of his time. Also, the parties agree to forgo a conference.

This is the first request to adjourn this conference. The adjournment, if granted, would not affect any other deadlines or conferences. We greatly appreciate the Court's consideration of this request.

Respectfully submitted,
LIPSKY LOWE LLP


s/ Douglas B. Lipsky
Douglas B. Lipsky


CC:   Matthew J. Norris